**Christopher MADAIO, an individual and private citizen residing in the City of Athens, County of Limestone, State of Alabama, Plaintiff–Appellant,**

v.

**Tyler RODEN, et al., Federal Bureau of Investigation, Defendant, Defendant–Appellee.**

No. 08–14570.

United States Court of Appeals, Eleventh Circuit.

April 20, 2010.

Andrew Lynn Brasher, Bradley Arant Rose & White LLP, Birmingham, AL, Scott Burnett Smith, Bradley Arant Rose & White LLP, Huntsville, AL, for Plaintiff–Appellant.

Steven I. Frank, Washington, DC, Ramona C. Albin, U.S. Attorney's Office ND/AL, Birmingham, AL, for Defendant–Appellee.

Before HULL, WILSON and FARRIS,* Circuit Judges.

PER CURIAM:

Appellant Christopher Madaio appeals the district court's order, dated March 31, 2008(1) granting summary judgment to the appellee FBI on Madaio's claims for money damages for violations of the Privacy Protection Act, 42 U.S.C. § 2000aa *et seq.;*

(2) denying Madaio's motion in limine and motion for more discovery; and (3) striking certain affidavits. Appellant Madaio also appeals the district court's order, dated July 7, 2008, denying Madaio's motion to alter or amend the judgment. After oral argument and review, this Court affirms finding no reversible error.

Nothing herein shall affect Madaio's rights to seek return of any legal property from the FBI under Rule 41(g) of the Federal Rules of Criminal Procedure or as otherwise permitted under law.

AFFIRMED.

